IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NATIONAL LOAN INVESTORS, L.P.,)
                              )
            Plaintiff,        )        7:03CV5032
                              )
      v.                      )
                              )
THE WESTERN SUGAR COMPANY,    )        ORDER
a Delaware corporation,       )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file sur-reply brief in opposition to defendant's motion for attorney's fees and costs (Filing No. 48). The Court finds said motion should be denied. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to file sur-reply brief is denied.

DATED this 20th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court